**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2241**

ANDRE JAVION PORTEE,

       Plaintiff - Appellant,

   v.

UNITED STATES DEPARTMENT OF AGRICULTURE; OFFICE OF THE ASSISTANT SECRETARY FOR CIVIL RIGHTS; THOMAS J. VILSACK,

       Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:15-cv-13928)

Submitted:  March 14, 2019                     Decided:  March 25, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Javion Portee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Javion Portee appeals the district court's order accepting the recommendation of the magistrate judge granting the United States Department of Agriculture's motion for summary judgment and denying his motion for summary judgment. We have reviewed the record and find no reversible error. [*] Accordingly, we affirm for the reasons stated by the district court. *Portee v. USDA*, No. 2:15-cv-13928 (S.D.W. Va. Aug. 31, 2018). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Portee asserts numerous issues in his informal brief. However, in his objections to the magistrate judge's report and recommendation, he objected only to the magistrate judge's findings related to a February 7, 2013, letter to his Congressman. He has therefore waived appellate review of all other issues. *United States v. Midgette*, 478, F.3d 616, 621-22 (4th Cir. 2007).